IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS TRIPODES and MARIA TRIPODES, | ) )  ) |
| Plaintiff, | ) 2:18cv1131 ) Electronic Filing ) |
| v. | ) Judge David Stewart Cercone ) Magistrate Judge Maureen P. Kelly |
| NVR, INC. *trading as* HEARTLAND HOMES OF PA, RITE RUG CO. *doing business as* RITE RUG FLOORING, and ARMSTRONG FLOORING, INC. | ) ) ) ECF No. 11 ) ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 12th day of February, 2019, after Plaintiffs Nicholas Tripodes and Maria Tripodes ("Plaintiffs") filed an action in the above-captioned case, and after a Motion to Dismiss was filed by Defendant NVR, Inc., ECF No. 11, and after a Report and Recommendation was filed by the United States Magistrate Judge, ECF No. 36, and upon consideration of the Objections filed by Plaintiffs, ECF No. 37, and the response to the Objections submitted by Defendant NVR, Inc., ECF No. 38, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss, ECF No. 11, is denied as to Plaintiffs' claims for Breach of Contract (Count I) and Breach of Warranty (Count III), granted as to Plaintiffs' claim pursuant to the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. § 201.1 *et seq.*, and denied as to Plaintiffs' claims for consequential or incidental damages.

                 s/ DAVID STEWART CERCONE
                 David Stewart Cercone
                 Senior United States District Judge

cc: Honorable Maureen P. Kelly,
    United States Magistrate Judge
Michael J. Cremonese, Esquire
Alexandra Farone, Esquire
Kathleen A. Gallagher, Esquire
Carolyn Batz McGree, Esquire
Russell D. Giancola, Esquire
Peter N. Georgiades, Esquire
Victor D. Radel, Esquire

(*Via CM/ECF Electronic Mail*)