IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NICHOLAS TRIPODES and MARIA        )
TRIPODES,                          )
                                   )        2:18cv1131
                  Plaintiff,       )        Electronic Filing
                                   )
          v.                       )
                                   )
NVR, INC. *trading as* HEARTLAND   )
HOMES OF PA, RITE RUG CO. *doing*  )
*business as* RITE RUG FLOORING, and )
ARMSTRONG FLOORING, INC.           )
                                   )
                  Defendants.      )

## ORDER OF COURT

AND NOW, this 29th day of May, 2019, the court having been advised by counsel that

settlement has been reached and that the only remaining matter is the submission of a stipulation

for settlement and discontinuance.  Now, therefore, with no further action being required by the

court at this time, the following order is entered:

IT IS ORDERED that the Clerk shall remove this case from the docket for administrative

purposes.  Nothing contained in this order shall be construed as a final dismissal or disposition of

this case and, should further proceedings in it become necessary, the case shall be reinstated to

the docket upon written request of either party.  Jurisdiction is retained over the completion and

enforcement of settlement.


                              s/ DAVID STEWART CERCONE
                              David Stewart Cercone
                              Senior United States District Judge

cc:    Michael J. Cremonese, Esquire
        Alexandra Farone, Esquire
        Kathleen A. Gallagher, Esquire
        Carolyn Batz McGree, Esquire
        Russell D. Giancola, Esquire
        Peter N. Georgiades, Esquire
        Victor D. Radel, Esquire

        (*Via CM/ECF Electronic Mail*)