IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NICHOLAS AND MARIA TRIPODES,  :  CIVIL DIVISION

      Plaintiffs,  :  No.: 2:18-cv-1131

      v.  :  The Honorable Maureen P. Kelly

NVR, INC. t/a HEARTLAND HOMES OF  :  *Re: ECF No.53*
PA, and RITE RUG CO. d/b/a RITE RUG
FLOORING  :

      Defendants.  :

      :

      :

      :

      :

## *ORDER APPROVING* STIPULATION *OF DISMISSAL*

The parties to this action, acting through counsel and pursuant to Federal Rules of Civil

Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal With Prejudice of this action, with

each party bearing its own attorneys' fees and costs.

Dated: July 25, 2019                By:    /s/ Michael J. Cremonese
                                             Michael J. Cremonese, Esq.
                                             Burke Cromer Cremonese LLC
                                             *Attorney* for Plaintiffs

Dated: July 25, 2019                By:    /S/ Carolyn Batz McGee
                                             Kathleen A. Gallagher, Esquire

AND NOW, this ___26th___,

day of ___July___, 20_19_,

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Carolyn Batz McGee, Esquire
Russell D. Giancola, Esquire
Porter Wright Morris & Arthur LLP
*Attorneys for NVR, Inc. t/a*
*Heartland Homes of PA*

Dated: July 25, 2019                    By:    /s/ Victor Radel_____
Peter N. Georgiades, Esquire
Wayman, Irvin, & McAuley, LLC


and


Victor D. Radel, Esquire
Thrasher Dinsmore & Dolan LPA
*Attorneys for Rite Rug Co. d/b/a Rite*
*Rug Flooring*